IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JEREMY JOHN WELLS; ALAN LEE ROMERO; MICHAEL BRANDON HILL; JOSHUA WESTOVER; and MATTHEW FREETHY-SWIMM, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 120-134 |
| WARDEN EDWARD PHILBIN; UNIT MANAGER CLIFORD BROWN; CORRECTION OFFICER FLUKER; CORRECTION OFFICER MOSS; CORRECTION OFFICER WADE; CORRECTION OFFICER EVERET; and CORRECTION OFFICER WOODS, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** without prejudice the above-captioned case, **DIRECTS** the Clerk to file and docket this Order and the instant complaint in five new lawsuits, with the same filing dates and five separate case numbers, and **DIRECTS** the Clerk to docket Mr. Wells's and Mr. Romero's motions to proceed *in forma pauperis* ("IFP"), (doc. nos. 3, 6), and Mr. Wells's inmate account statement, (doc. no. 7), into the new case associated with them. Once the

five new lawsuits are opened, all Plaintiffs, except Mr. Wells and Mr. Romero, must submit their own motions to proceed IFP or pay the full filing fee within twenty-one days of the date the Clerk opens the case.

SO ORDERED this __19th__ day of November, 2020, at Augusta, Georgia.

*/s/ J. Randal Hall*
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA