AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JEREMY JOHN WELLS; ALAN LEE ROMERO; MICHAEL BRANDON HILL; JOSHUA WESTOVER; and MATTHEW FREETHY-SWIMM,
    Plaintiff's

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV120-134

WARDEN EDWARD PHILBIN; UNIT MANAGER CLIFORD BROWN; CORRECTION OFFICER FLUKER; CORRECTION OFFICER MOSS; CORRECTION OFFICER WADE; CORRECTION OFFICER EVERET; and CORRECTION OFFICER WOODS,
    Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of November 19, 2020, the Report and Recommendation of the Magistrate Judge is ADOTED as the opinion of the Court. This case is DISMISSED without prejudice, and this civil action stands CLOSED.

| | |
|---|---|
| 11/19/2020 | John E. Triplett, Acting Clerk |
| Date | Clerk |
| |  |
| | *Tara H. Burton* |
| | (By) Deputy Clerk |

GAS Rev 10/2020